# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raquel Escalante, | No. CV-25-00339-TUC-RCC (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Vicar Operating Incorporated, et al., | |
| Defendants. | |

On November 19, 2025, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss Plaintiff Raquel Escalante's Amended Complaint without prejudice. (Doc. 44.) The Magistrate Judge informed the parties they had fourteen days to file objections and an additional fourteen days to respond. (*Id.* at 17.) No objections have been filed. Upon review, the Court will adopt the R&R and dismiss Plaintiff's Amended Complaint.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, when a party objects, the district court must "determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. §

636(b)(1). Moreover, "while the statute does not require the judge to review an issue *de novo* if no objections are filed, it does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Amended Complaint (Doc. 18), Defendants' Motion to Dismiss (Doc. 40), Plaintiff's Response to the Motion to Dismiss (Doc. 42), Defendants' Reply (Doc. 43), and Judge Kimmins' R&R (Doc. 44). The Court finds the R&R well-reasoned and agrees with Judge Aguilera's conclusions.

If Plaintiff believes she can remedy the defects stated in the R&R, Plaintiff shall have 30 days from the date of this order to file a Second Amended Complaint. The amended pleading must be on a form for employment discrimination claims, available on the Court's website, here: https://www.uscourts.gov/forms/rules/forms/complaint-employment-discrimination. Plaintiff must clearly designate on the face of the document that it is a "Second Amended Complaint." If Plaintiff fails to use the court-approved form, the Court may strike the Second Amended Complaint and dismiss this action without further notice to Plaintiff. The Second Amended Complaint must be retyped or rewritten in its entirety on the court-approved form and may not incorporate any part of the prior complaints by reference. An amended complaint supersedes any prior complaints. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). After amendment, the Court will treat the prior complaints as nonexistent. Ferdik, 963 F.2d at 1262. Plaintiff is reminded of her obligation to comply with all rules of procedure and Court orders, regardless of her pro se status. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Failure to do so may result in dismissal of the action. Fed. R. Civ. P. 41(b); *Ferdik*, 963 F.2d at 1260. If Plaintiff does not file an amended complaint within the deadline set by the Court, this case will be subject to dismissal without further notice.

As Plaintiff was notified when she initiated this case, the Court has an advice clinic for people that are representing themselves. (Doc. 5 at 7.) If Plaintiff chooses to

seek advice through the clinic, she should click the button that says, "Apply for help" at htttps://www.stepuptojustice.org/.

Accordingly, IT IS ORDERED:

1.) Magistrate Judge Kimmins' Report and Recommendation is ADOPTED. (Doc. 44.)

2.) Plaintiff's First Amended Complaint is DISMISSED without prejudice. (Doc. 18.)

3.) Plaintiff may file a Second Amended Complaint in compliance with the Report and Recommendation and this Order within 30 days of the date of this Order.

4.) If a Second Amended Complaint is not filed within 30 days of the date of this Order, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

Dated this 8th day of December, 2025.

Honorable Raner C. Collins
Senior United States District Judge